UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                                   Chapter 13
SANDRA LEE KOPPLIN                          Case No.   19-31469-GMH

             Debtor.
_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtor.

**<u>Your rights may be affected.</u>   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult one.)**

A telephone hearing will be held before the Honorable G. Michael Halfenger, United States Bankruptcy Judge, on **April 7, 2020 at 2:30 p.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-684-8852, access code 7183566 before the scheduled hearing time.**   Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

     Dated at Milwaukee, Wisconsin, on March 23, 2020.


                                           /s/_____
                                           Scott Lieske, Trustee
                                           Robert W. Stack, Staff Attorney
                                           Christopher D. Schimke, Staff Attorney
                                           Sandra M. Baner, Staff Attorney
                                           Chapter 13 Standing Trustee
                                           P.O. Box 510920
                                           Milwaukee, Wisconsin 53203
                                           T: (414) 271-3943
                                           F: (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In the Matter of:
SANDRA LEE KOPPLIN                              Chapter 13
                                                Case No. 19-31469-GMH
        Debtor.
_____

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**
_____

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

According to the testimony of the Debtor, the Debtor moved post-filing. The Debtor should file a change of address with the Court to disclose their current address.

Trustee is unable to determine if the plan satisfies 11 U.S.C. § 1325(a)(6) as Debtor testified that with her move, her rent as increased approximately $300 per month.

The Debtor did not comply with LR 1005 as Debtor testified she is married and the Debtor has failed to file and serve creditors with Notice of non-filing Spouse.

  Dated at Milwaukee, Wisconsin, on March 23, 2020

               OFFICE OF CHAPTER 13 TRUSTEE

               /s/_____
               Scott Lieske, Chapter 13 Trustee
               Robert W. Stack, Staff Attorney
               Christopher D. Schimke, Staff Attorney
               Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI  53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:                                           Chapter 13
SANDRA LEE KOPPLIN                      Case No. 19-31469-GMH

                     Debtor.

## CERTIFICATE OF SERVICE

       I hereby certify that on March 23, 2020, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

                 OFFICE OF THE U.S. TRUSTEE
                 WATTON LAW GROUP

       I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

                 SANDRA LEE KOPPLIN
                 PO BOX 14204
                 WEST ALLIS, WI 53214

       Dated:    March 23, 2020

                                               /s/_____
                                               Tongula Washington
                                               Administrative Assistant
                                               Office of the Chapter 13 Trustee
                                               P.O. Box 510920
                                               Milwaukee, WI 53203
                                               T: (414) 271-3943
                                               F: (414) 271-9344