UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                                                     Chapter 13
SANDRA LEE KOPPLIN                                  Case No.   19-31469-GMH

                Debtor.
_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtor.

<u>**Your rights may be affected.**</u>    **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**    **(If you do not have an attorney, you may wish to consult one.)**

A telephone hearing will be held before the Honorable G. Michael Halfenger, United States Bankruptcy Judge, on **June 23, 2020 at 2:30 p.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-684-8852, access code 7183566 before the scheduled hearing time.**    Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

      Dated at Milwaukee, Wisconsin, on June 11, 2020.


                                                   /s/_____
                                                   Scott Lieske, Trustee
                                                   Robert W. Stack, Staff Attorney
                                                   Christopher D. Schimke, Staff Attorney
                                                   Sandra M. Baner, Staff Attorney
                                                   Chapter 13 Standing Trustee
                                                   P.O. Box 510920
                                                   Milwaukee, Wisconsin 53203
                                                   T: (414) 271-3943
                                                   F: (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:
SANDRA LEE KOPPLIN                          Chapter 13
                                            Case No. 19-31469-GMH
         Debtor.
_____

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**
_____

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

    The proposed plan is not feasible.

    Dated at Milwaukee, Wisconsin, on June 11, 2020

OFFICE OF CHAPTER 13 TRUSTEE

/s/_____
Scott Lieske, Chapter 13 Trustee
Robert W. Stack, Staff Attorney
Christopher D. Schimke, Staff Attorney
Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI   53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:                                               Chapter 13
SANDRA LEE KOPPLIN                     Case No. 19-31469-GMH

             Debtor.

## CERTIFICATE OF SERVICE

       I hereby certify that on June 11, 2020, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

                OFFICE OF THE U.S. TRUSTEE
                WATTON LAW GROUP

       I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

                SANDRA LEE KOPPLIN
                8290 WEST ORCHARD STREET
                APARTMENT 421
                WEST ALLIS, WI 53214

       Dated:    June 11, 2020

                                                    /s/_____
                                                    Tongula Washington
                                                    Administrative Assistant
                                                    Office of the Chapter 13 Trustee
                                                    P.O. Box 510920
                                                    Milwaukee, WI 53203
                                                    T: (414) 271-3943
                                                    F: (414) 271-9344