UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>SANDRA LEE KOPPLIN<br>Debtor. | Chapter 13<br>Case No. 19-31469-GMH |

**ORDER RESOLVING TRUSTEE'S OBJECTION
TO CONFIRMATION OF PLAN**

The Chapter 13 Trustee represents that the Trustee and the Debtor, through counsel, have agreed that the

Trustee's Objection to Confirmation may be sustained on the following terms:

    On or before July 17, 2020, the Debtor shall file a feasible Amended Plan.

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Trustee's Objection to Confirmation is sustained.

#####

Prepared by:
Robert W. Stack, Staff Attorney
Office of the Chapter 13 Trustee
P O Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
info@chapter13milwaukee.com