```
                            United States Bankruptcy Court
                            Eastern District of Wisconsin
```

In re:                                                              Case No. 19-31469-gmh
Sandra Lee Kopplin                                                  Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0757-2      User: jam            Page 1 of 1           Date Rcvd: Jul 01, 2020
                          Form ID: pdfhrg      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
db             +Sandra Lee Kopplin,    8290 West Orchard Street,    Apartment 421,    West Allis, WI 53214-4573

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
              Michael A. Stueland    on behalf of Creditor    Connexus Credit Union michaels@connexuscu.org
              Michael J. Watton    on behalf of Debtor Sandra Lee Kopplin wlgmke@wattongroup.com,
               maloneymr67557@notify.bestcase.com;vangeffenjr67557@notify.bestcase.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Scott  Lieske    on behalf of Trustee Scott  Lieske ecf@chapter13milwaukee.com,
               mgwi_ecf@trustee13.com
              Scott  Lieske    ecf@chapter13milwaukee.com,    mgwi_ecf@trustee13.com
                                                                                             TOTAL: 5

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 1, 2020



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| In re | Chapter 13 |
|---|---|
| SANDRA LEE KOPPLIN | Case No. 19-31469-GMH |
| Debtor. | |

**ORDER RESOLVING TRUSTEE'S OBJECTION
TO CONFIRMATION OF PLAN**

The Chapter 13 Trustee represents that the Trustee and the Debtor, through counsel, have agreed that the Trustee's Objection to Confirmation may be sustained on the following terms:

On or before July 17, 2020, the Debtor shall file a feasible Amended Plan.

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Trustee's Objection to Confirmation is sustained.

#####

Prepared by:
Robert W. Stack, Staff Attorney
Office of the Chapter 13 Trustee
P O Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
info@chapter13milwaukee.com